UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JACKALENE ROSA JOHNSON AND DAWAN RENE EVERY | * | CIVIL ACTION NO.: 2:14 cv 2369 "A"(2) |
| versus | * | SECTION: A/2 |
| CITY OF THIBODAUX, STEPHEN AMADOR, ADRIAN BUCHANAN, JEREMY GAUDET, REBECCA SHAVER, JOHN SUTTON AND PAUL THIBODEAUX | * | JUDGE ZAINEY |
| | * | MAG.  WILKINSON |

_____

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE CLAIMS AND EVIDENCE**
_____

NOW INTO COURT come defendants, the City of Thibodaux, Stephen Amador, Adrian Buchanan, Jeremy Gaudet, Rebecca Shaver, John Sutton, and Paul Thibodeaux, who file this motion in limine to exclude the following claims and evidence from the trial of this matter, which is currently scheduled as a four-day jury trial to begin on January 25, 2016:

1.  Any claims for First-Amendment violations, which were not properly pleaded in plaintiffs' Complaint;

2.  Any claims against Stephen Amador, Adrian Buchanan, Jeremy Gaudet, Rebecca Shaver, John Sutton, and Paul Thibodeaux ("individual police officers") in their individual capacities, which were not properly pleaded in plaintiffs' Complaint;

3.  The identity of a policymaker with knowledge of the alleged unconstitutional policy of the City of Thibodaux, since plaintiffs failed to identify this policymaker in their Complaint, discovery responses, or opposition to defendants' Motion for Summary judgment/Cross-Motion for Summary Judgment; and

3.  The Seafood Outlet surveillance video from October 15, 2013 (Item 7 on Rec. Doc. 23) because plaintiffs have not provided defendants with a copy of this video as required by the Court's order on defendants' Motion to Compel.  (Rec. Doc. 37).

For these reasons, together with the reasons more fully set forth in the attached memorandum in support, defendants request that the Court issue an order precluding plaintiffs from asserting the aforementioned claims and from introducing the Seafood Outlet surveillance video at the trial of this matter.

        Respectfully submitted,

        /s/ Marla E. Mitchell
        **MICHAEL G. GEE (20193)**
        **MARLA E. MITCHELL (33992)**
        Porteous, Hainkel & Johnson, LLP
        211 W. Fifth Street
        Thibodaux, LA 70301
        Telephone: (985) 446-8451

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel and parties of record.

        /s/ Marla E. Mitchell
        Marla E. Mitchell