UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JACKALENE ROSA JOHNSON AND DAWAN RENE EVERY** | * | **CIVIL ACTION NO.: 2:14 cv 2369 "A"(2)** |
| **versus** | * | **SECTION: A/2** |
| **CITY OF THIBODAUX, STEPHEN AMADOR, ADRIAN BUCHANAN, JEREMY GAUDET, REBECCA SHAVER, JOHN SUTTON AND PAUL THIBODEAUX** | * | **JUDGE ZAINEY** |
| | * | **MAG. WILKINSON** |

_____

**PROPOSED ORDER**
_____

Upon consideration of the defendants' Motion in Limine to Exclude Claims and Evidence,

IT IS ORDERED that at the trial of this matter, plaintiffs shall not allege (1) any claims for First-Amendment violations and (2) any claims against Stephen Amador, Adrian Buchanan, Jeremy Gaudet, Rebecca Shaver, John Sutton, and Paul Thibodeaux in their individual capacities.

IT IS FURTHER ORDERED that plaintiffs shall not identify a policymaker of the City of Thibodaux with knowledge of the alleged unconstitutional policy of the City of Thibodaux at the trial of this matter;

IT IS FURTHER ORDERED that plaintiffs shall not introduce into evidence the Seafood Outlet surveillance video from October 15, 2013 at the trial of this matter.

SIGNED this _____ day of _____, 201___.

_____
**HONORABLE JAY C. ZAINEY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel and parties of record.

/s/ Marla E. Mitchell
Marla E. Mitchell