UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACKALENE ROSA JOHNSON, ET AL., | CIVIL ACTION NO. 14- 2369 |
| VERSUS | |
| CITY OF THIBODAUX, ET AL., | JUDGE ZAINEY MAGISTRATE WILKINSON |

NOTICE OF MANUAL ATTACHMENT
DEFENDANTS' PROPOSED TRIAL EXHIBITS
TO WHICH PLAINTIFFS OBJECT

Plaintiffs submitted previously their objections to defendants' proposed trial exhibits [R. Doc. 94], in which they objected to all of the exhibits.  On April 26, 2016, defendants' counsel, without discussion, handed to plaintiffs' counsel a CD disk which turned out to be a single PDF file of one thousand one hundred eleven (1111) pages, greatly exceeding the upload limits for the courts's CM/ECF System. The conversion extraction of files required a time-consuming, arduous task to break the file up into smaller files to upload.  The initial attempt on May 2, 2016, to upload the smaller files was unsuccessful.  After consulting the Court Docket Clerk, plaintiff will now send or hand deliver as a Manual Attachment to R. Doc. 94, the VERBATIM CD containing

the pdf file of trial exhibits that defense counsel gave to plaintiffs' on April 26, 2016.[1]

                                      RESPECTFULLY SUBMITTED
                                      BY ATTORNEY FOR PLAINTIFFS

                                      _____
                                      NELSON DAN TAYLOR, SR. (12684)
                                      J. K. Haynes Legal Defense Fund
                                      926 Saint Charles Street
                                      Thibodaux, LA 70301
                                      Phone: 504-214-7109

CERTIFICATE OF SERVICE

    I hereby certify that on this day, May 3, 2016, I filed the foregoing pleading electronically using the court's CM/ECF filing system which gave electronic notice to all counsel of record.

_____

---

[1] The CD sent is not a duplicate, but is the actual, original CD given to plaintiffs' counsel.