```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

JACKALENE ROSA JOHNSON, ET AL.,        NO. 14-2369

VERSUS                                 JUDGE ZAINEY

CITY OF THIBODAUX, ET AL.              MAGISTRATE WILKINSON
```

PLAINTIFFS' NOTICE OF MANUAL ATTACHMENT

Plaintiffs give Notice that the Sea Food Outlet video, subject matter of the Court Order [R. Doc. 102] and Notice of Compliance [R. Doc. 104] exceeds the upload limits of the CM/ECF filing system.  Therefore, plaintiffs will manually deliver the video disk.

```
                         RESPECTFULLY SUBMITTED
                         BY ATTORNEYS FOR PLAINTIFFS

                         /S/  NELSON DAN TAYLOR, SR.

                         _____
                         NELSON DAN TAYLOR, SR. (12684)
                         J. K. Haynes Legal Defense Fund
                         926 Saint Charles Street
                         Thibodaux, LA 70301
                         Phone: 504-214-7109
```

CERTIFICATE OF SERVICE

I hereby certify that on this day, May 13, 2016, I filed the foregoing pleading electronically using the court's CM/ECF filing system which gave electronic notice to all counsel of record.

```
                         /S/ NELSON DAN TAYLOR, SR.
                         _____
```