UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JACKALENE ROSA JOHNSON and DAWAN          CIVIL ACTION
RENE EVERY

VERSUS                                                                      NO. 14-2369

CITY OF THIBODAUX, ET AL.                              SECTION A(2)

## ORDER AND REASONS

Before the Court is Defendants' **Motion to Quash Subpoena (Rec. Doc. 131)**. Plaintiffs oppose Defendants' Motion **(Rec. Doc. 138)**.  Also before the Court is Defendants' **Motion for Expedited Hearing on Motion to Quash Subpoena (Rec. Doc. 134)**. Trial on this matter is set to begin on October 3, 2016 at 8:30 a.m. The Court rules as follows:

Defendants' Motion to Quash is granted because Bryan Zeringue was not included by either party on the "will call" witness list as required by the Court's order on April 20, 2016. (Rec. Doc. 92, Pg. 5)[1]. However, Plaintiffs' counsel may ask each officer called as a witness at the trial whether or not they took bodycam videos or any other videos at the scene of the Plaintiffs' arrest on the date in question, and these witnesses shall produce the bodycam videos or other videos if they exist.

Accordingly;

**IT IS ORDERED** that Defendants' **Motion for Expedited Hearing on Motion to Quash Subpoena (Rec. Doc. 134)** is **GRANTED**.

---

[1] The Court notes that Zeringue was on defendants' "May Call" list from November 9, 2015. (Rec. Doc.24). However, this was superseded by the April 20, 2016 Order.

1

**IT IS FURTHER ORDERED** that Defendants' **Motion to Quash Subpoena (Rec. Doc. 131)** is **GRANTED**, and Bryan Zeringue will not be allowed to testify.

**IT IS FURTHER ORDERED** that Defendants produce all bodycam videos and all other videos form the scene of Plaintiffs' arrest on the date in question.

New Orleans, Louisiana, September 27, 2016.

 

 

THE HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE