UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACKALENE ROSA JOHNSON and DAWAN RENE EVERY | CIVIL ACTION |
| VERSUS | NO. 14-2369 |
| CITY OF THIBODAUX, ET AL. | SECTION A(2) |

### ORDER AND REASONS

Before the Court is Plaintiffs' **Motion to Exclude Video Deposition Testimony of Dr. Christopher Cenac, Sr. (Rec. Doc. 132)**. Defendants oppose Plaintiffs' Motion **(Rec. Doc. 136)**. Plaintiff replied to Defendants' opposition **(Rec. Doc. 137-1)**. Trial on this matter is set to begin on October 3, 2016 at 8:30 a.m.

Plaintiffs seek to exclude the video deposition of Dr. Christopher Cenac, Sr. in its entirety pursuant to Federal Rules of Evidence Rule 702 and Rule 403. (Rec. Doc. 132-1, Pg. 6). Defendants oppose Plaintiffs' Motion arguing that it is untimely and cumulative. (Rec. Doc. 136, Pg. 1-2).

The Court ordered the parties to file any motions in limine on medical issues on or before September 12, 2016. (Rec. Doc. 92, Pg. 2). Plaintiffs filed the instant Motion on September 22, 2016. Thus, Plaintiffs' Motion is untimely. Additionally, the Court agrees with Defendants that Plaintiffs' Motion is cumulative and merely the same arguments that they made in their Motion in Limine to Exclude Expert Testimony and Alternative Motion for Daubert Hearing (Rec. Doc. 77), on which the Court has already ruled.

Accordingly;

**IT IS ORDERED** that Plaintiffs' **Motion to Exclude Video Deposition Testimony of Dr. Christopher Cenac, Sr. (Rec Doc. 132)** is **DENIED**.

New Orleans, Louisiana, September 27, 2016

_____
THE HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

1